**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone: 530.759.0700**
   **Facsimile: 530.759.0800**

**Attorney for Defendant**
   **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOHN LINDER, | Time: 9:15 a.m.<br>Date: November 15, 2011<br>Judge: Lawrence K. Karlton |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference presently set for October 18, 2011 be continued to November 15, 2011 at 9:15 a.m.

    The defense of this case requires evaluation by a computer forensic expert of the computer hard drives which the government alleges contain images of child pornography. The forensic expert retrained by the defendant has recently completed a forensic exam at the FBI, but will not be able to provide any analysis to defense counsel until early November 2011. Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of

1

Stipulation and Order to
Continue Status Conference
                                        Case No. CR – 11-00147 LKK

such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to prepare, review the forensic examination, discuss plea agreement and possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, October 18, 2011, to and including November 15, 2011. The Court previously excluded time pursuant to Local Code T4 on August 17, 2011 through October 18, 2011.

IT IS SO STIPULATED.

Dated: October 7, 2011

Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN

Attorney for Defendant
John Linder

Dated: October 7, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle Prince
MICHELLE PRINCE
First Assistant U.S. Attorney
Attorney for the United States

JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95616
Telephone: 530.759.0700
Facsimile: 530.759.0800

Attorney for Defendant
JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOHN LINDER, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for October 18, 2011 be continued to November 15, 2011 at 9:15 a.m.

The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to November 15, 2011.

IT IS SO ORDERED.

Dated: October 13, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT