**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
**1477 Drew Avenue, Suite 106**
**Davis, California 95618**
**Telephone: 530.759.0700**
**Facsimile: 530.759.0800**

**Attorney for Defendant**
**JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-00147 LKK |
| Plaintiff, | ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT 18 U.S.C. § 3161 |
| v. | |
| JOHN LINDER, | |
| Defendant | |

Defendant, JOHN F. LINDER, by and through his attorney of record, Joseph J. Wiseman, hereby requests that the time beginning November 15, 2011, and extending through January 18, 2012, be ordered excluded from the calculation of time under the Speedy Trial Act. The court finds that the ends of justice served by the Court excluding such time outweigh the best interest of the public and the defendant in a speedy trial. The court makes this finding on the basis that Defendant needs time to further investigate this case and to meet with the computer forensic expert to review the analysis of the computer evidence held by the government. Therefore, failure to grant the continuance would deny counsel for the Defendant reasonable time necessary for

1

effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7); Local Rule T4 (reasonable time to prepare).

Dated:    November 16, 2011          Respectfully submitted,
                                     WISEMAN LAW GROUP, P.C.


                                     By: __/s/ Joseph J. Wiseman__
                                         JOSEPH J. WISEMAN
                                         Attorney for Defendant
                                         JOHN F. LINDER


PROPOSED ORDER

   IT IS HEREBY ORDERED THAT the time from the date of this Order to January 18, 2012, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) and Local Rule T4, as the ends of justice served by the Court excluding such time outweigh the best interest of the public and the defendant in a speedy trial. This finding is made on the basis that failure to grant the continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: November 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Description                                                    Case no. CR 11-00147 LKK