**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95616**
  **Telephone: 530.759.0700**
  **Facsimile: 530.759.0800**

**Attorney for Defendant**
   **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOHN LINDER, | Time: 9:15 a.m.<br>Date: February 22, 2012<br>Judge: Lawrence K. Karlton |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference presently set for January 18, 2012 be continued to February 22, 2012, at 9:15 a.m.

The defense of this case requires evaluation by a computer forensic expert of the computer hard drives which the government alleges contain images of child pornography. The forensic expert retrained by the defendant has recently completed a forensic exam at the FBI, but needs more time to examine some additional computer files at the FBI facility. Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of

1 such a continuance outweigh the best interests of the public and the defendant in a
2 speedy trial and that time under the Speedy Trial Act should therefore be excluded
3 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense
4 counsel time to prepare, review the forensic examination, discuss plea agreement and
5 possible resolution with government, and analyze how best to proceed with the case)
6 from the date of the parties' stipulation, January 18, 2012, to and including February 22,
7 2012. The Court previously excluded time pursuant to Local Code T4 on November 15,
8 2011 through January 18, 2011.

11 IT IS SO STIPULATED.

13 Dated: January 12, 2012            Respectfully submitted,

                                     WISEMAN LAW GROUP, P.C.

                                     By: /s/ Joseph J. Wiseman
                                     JOSEPH J. WISEMAN

                                     Attorney for Defendant
                                     John Linder

Dated: January 12, 2012              BENJAMIN B. WAGNER
                                     United States Attorney

                                     By: /s/ Michelle Prince
                                     MICHELLE PRINCE
                                     First Assistant U.S. Attorney
                                     Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone: 530.759.0700**
   **Facsimile: 530.759.0800**

**Attorney for Defendant**
   **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | Time: 9:15 a.m. |
| JOHN LINDER, | Date: February 22, 2012 |
| | Judge: Lawrence K. Karlton |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for January 18, 2012 be continued to February 22, 2012 at 9:15 a.m.

The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to February 22, 2012.

IT IS SO ORDERED.

Dated: January 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT