```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )  CR. No 2:11-cr-0147-LKK
12          Plaintiff,          )
                                )  ORDER CONTINUING STATUS
13                              )  CONFERENCE AND EXCLUDING TIME
                                )
14      v.                      )
                                )
15  JOHN LINDER,                )
                                )
16                              )
            Defendant.          )
17  _____)
18
```

19     This matter came before the Court for a status conference
20 hearing as to Defendant John Linder on April 10, 2012, at 9:15
21 a.m.  John Linder appeared with his counsel, Joseph Wiseman, Esq.
22 The parties requested to continue the status conference to May
23 15, 2012.  The purpose of the request is to allow give the
24 parties adequate time to see if an agreed upon disposition can be
25 reached, by way of a plea agreement.  The Court ordered the
26 status conference continued to May 15, 2012, at 9:15 a.m.  The
27 Court further ordered that time be excluded under 18 U.S.C.
28 § 3161(h)(7)(B)(iv); Local Code T4.

1

**IT IS HEREBY ORDERED**:

1. A status conference as to defendant Linder is set for May 15, 2012 at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 15, 2012.

IT IS SO ORDERED

Date: May 14, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT