BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No 2:11-cr-0147-LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOHN LINDER, | Date: May 15, 2012<br>Time: 9:15 a.m. |
| Defendant. | Hon. Lawrence K. Karlton |

It is hereby stipulated, by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant John Linder, by and through his counsel, Joseph J. Wiseman, that the status conference currently set for May 15, 2012, be vacated and reset for May 30, 2012.

The parties are hoping to reach a resolution in this case before proceeding to trial and are currently discussing an agreed upon disposition, by way of a plea agreement. Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of such continuance

1

outweigh the best interest of the public and the defendant in a speedy trial, and that time under the Speedy trial Act should therefore be excluded under Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv) and Local Code T-4 from the date of the parties' stipulation, May 11, 2012 to and including May 30, 2012.

DATED: May 11, 2012         BENJAMIN B. WAGNER
                            United States Attorney


                            By:/s/ Michelle A. Prince
                               Michelle A. Prince
                               Assistant U.S. Attorney


**IT IS HEREBY ORDERED**:

1. A status conference as to defendant Linder is set for May 30, 2011 at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 30, 2012.

IT IS SO ORDERED.

Date: May 14, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT