BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-0147-LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| JOHN LINDER, | |
| Defendant. | |

This matter came before the Court for a status conference hearing as to Defendant John Linder on May 30, 2012, at 9:15 a.m. John Linder appeared with his counsel, Jennifer Noble, Esq. The parties requested to continue the status conference to June 19, 2012. Defense counsel received the government's proposed plea agreement on May 25, 2012. The purpose of the request is to allow defense counsel adequate time to discuss the plea agreement with the defendant, John Linder. The Court ordered the status conference continued to June 19, 2012, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

**IT IS HEREBY ORDERED**:

1. A status conference as to defendant Linder is set for June 19, 2012 at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 19, 2012.

IT IS SO ORDERED

Date: May 31, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT