JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
    1477 Drew Avenue, Suite 106
    Davis, California 95616
    Telephone:  530.759.0700
    Facsimile:   530.759.0800

Attorney for Defendant
    JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR. S-11-00147 LKK |
| | ) |
| | ) |
| | ) STIPULATION AND ORDER |
| Plaintiff, | ) CONTINUING STATUS CONFERENCE |
| | ) |
| v. | ) |
| | ) Time:  9:15 a.m. |
| JOHN LINDER, | ) Date:    July 17, 2012 |
| | ) Judge:  Lawrence K. Karlton |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

        IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF

AMERICA, through undersigned counsel, Michelle Prince, Assistant United States

Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference

presently set for June 19, 2012 be continued to July 17, 2012, at 9:15 a.m.

        The purpose of this request is to allow defense counsel additional time to review

newly provided discovery with client.   Therefore, the parties, the United States of

America and the defendant, hereby agree and stipulate that the ends of justice served by

the granting of such a continuance outweigh the best interests of the public and the

defendant in a speedy trial and that time under the Speedy Trial Act should therefore be

excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow

defense counsel time to review the newly provided discovery, discuss possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, June 15, 2012, to and including July 17, 2012. The Court previously excluded time pursuant to Local Code T4 on May 31, 2012 through June 19, 2012.

IT IS SO STIPULATED.

Dated:  June 15, 2012                          Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN

Attorney for Defendant
John Linder

Dated:  June 15, 2012                          BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michelle Prince
MICHELLE PRINCE
First Assistant U.S. Attorney
Attorney for the United States

1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95616**
   **Telephone: 530.759.0700**
4  **Facsimile: 530.759.0800**

5  **Attorney for Defendant**
   **JOHN LINDER**

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9                          SACRAMENTO DIVISION

10  UNITED STATES OF AMERICA,        ) Case No. CR. S-11-00147 LKK
                                     )
11                                   )
                                     ) STIPULATION AND ORDER
12                    Plaintiff,     ) CONTINUING STATUS CONFERENCE
                                     )
13      v.                           )
                                     ) Time:   9:15 a.m.
14  JOHN LINDER,                     ) Date:   July 17, 2012
                                     ) Judge:  Lawrence K. Karlton
15                                   )
                      Defendant.     )
16                                   )
                                     )
17

18          GOOD CAUSE APPEARING, it is hereby ordered that the status conference

19  presently set for June 19, 2012 be continued to July 17, 2012 at 9:15 a.m.

20          I find that the ends of justice warrant an exclusion of time and that the

21  defendant's need for a reasonable time for effective preparation exceeds the public

22  interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be

23  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of

24  this order to July 17, 2012.

25  IT IS SO ORDERED.

26

27  Dated: June 18, 2012          _____
                                  LAWRENCE K. KARLTON
28                                SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT