```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.2:11-CR-0147 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOHN LINDER, Defendant. | |

This matter came before the Court for a status conference as to Defendant John Linder on July 16, 2012, at 9:15 a.m.  John Linder appeared with his counsel, Joseph Wiseman, Esq. The parties requested the following dates: a status conference hearing on October 2, 2012, a jury trial date of March 12, 2013, and a trial confirmation hearing date of February 26, 2013.  The purpose of the request is to give the parties adequate time to prepare for jury trial and also to allow the parties time to reach an agreed upon disposition before proceeding to trial.  The Court ordered the status conference continued to October 2, 2012, at 9:15 a.m., a jury trial date of March 12, 2013 and a trial confirmation hearing of February 26, 2013. The Court further ordered that time be excluded under 18 U.S.C.

§ 3161(h)(7)(B)(iv); Local Code T4.

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

Date: July 27, 2012       By:   /s/Michelle A. Prince
                                              MICHELLE A. PRINCE
                                              Assistant United States Attorney

**IT IS HEREBY ORDERED**:

    1.   A status conference as to defendant Linder is set for October 2, 2012 at 9:15 a.m.

    2.   A jury trial date is set for March 12, 2013, and the trial confirmation hearing is set for February 26, 2013.

    3.   Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 12, 2013.

    IT IS SO ORDERED

Date: July 30, 2012

                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT