```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case. No 2:11-cr-0147-LKK
                                 )
12              Plaintiff,       )   STIPULATION AND PROPOSED
                                 )   ORDER CONTINUING STATUS
13       v.                      )   CONFERENCE
                                 )
14  JOHN LINDER,                 )
                                 )   Date: October 2, 2012
15              Defendant.       )   Time: 9:15 a.m.
                                 )   Hon. Lawrence K. Karlton
16  _____ )
17
```

18    It is hereby stipulated, by and between the United States of
19 America through Michelle Prince, Assistant United States Attorney, and
20 defendant John Linder, by and through his counsel, Joseph J. Wiseman,
21 that time be excluded from the status date of October 2, 2012, to the
22 newly set status conference currently set for October 16, 2012.

23    The government has provided the defendant with a plea agreement.
24 Attorneys for the defendant have requested more time to meet with the
25 defendant to resolve the outstanding issues in this case.  In addition,
26 the defense needs to consult with the defendant in order to resolve the
27 case by way of the government's plea agreement or by open plea.
28 Therefore, the parties, the United States of America and the defendant,

1

hereby agree and stipulate that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial, and that time under the Speedy trial Act should therefore be excluded under Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv) and Local Code T-4 from the date of the parties' stipulation, October 2, 2012 to and including October 16, 2012.

DATED: October 12, 2012          BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle A. Prince
Michelle A. Prince
Assistant U.S. Attorney

The above stipulation of counsel is accepted.

IT IS SO ORDERED.

Dated: October 15, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT