1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95616**
   **Telephone: 530.759.0700**
4  **Facsimile: 530.759.0800**

5  **Attorney for Defendant**
   **JOHN LINDER**
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9                              SACRAMENTO DIVISION

10

11  UNITED STATES OF AMERICA,           ) Case No. CR-11-00147 LKK
                                        )
12                                      )
                                        ) STIPULATION AND ORDER
13                        Plaintiff,    ) CONTINUING STATUS CONFERENCE
                                        )
14       v.                             )
                                        ) Time:  9:15 a.m.
15  JOHN LINDER,                        ) Date:  October 23, 2012
                                        ) Judge: Lawrence K. Karlton
16                                      )
                          Defendant.    )
17                                      )
                                        )
18

19       IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF

20  AMERICA, through undersigned counsel, Michelle Prince, Assistant United States

21  Attorney, and Joseph J. Wiseman, attorney for Defendant John Linder, that the status

22  conference presently set for October 16, 2012 be continued to October 23, 2012, at 9:15

23  a.m.

24       Defendant Linder intends to enter a Change of Plea on October 23, 2012, and the

25  parties are entering into this Stipulation to provide Defendant Linder and his counsel

26  additional time to prepare for the Change of Plea. Therefore, the parties, the United

27  States of America and the defendant, hereby agree and stipulate that the ends of justice

28  served by the granting of such a continuance outweigh the best interests of the public

---
1

and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to prepare for the Change of Plea from the effective date of the parties' Stipulation to and including October 23, 2012. The Court previously excluded time pursuant to Local Code T4.

IT IS SO STIPULATED.

Dated: October 12, 2012                    Respectfully submitted,

                                                      WISEMAN LAW GROUP, P.C.

                                                      By: /s/ Joseph J. Wiseman
                                                      JOSEPH J. WISEMAN

                                                      Attorney for Defendant
                                                      John Linder

Dated: October 12, 2012                    BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      By: /s/ Michelle Prince
                                                      MICHELLE PRINCE
                                                      First Assistant U.S. Attorney
                                                      Attorney for the United States

JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone: 530.759.0700
   Facsimile: 530.759.0800

**Attorney for Defendant**
**JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-11-00147 LKK |
| ) | |
| ) | STIPULATION AND ORDER |
| Plaintiff, ) | CONTINUING STATUS CONFERENCE |
| ) | |
| v. ) | |
| ) | Time: 9:15 a.m. |
| JOHN LINDER, ) | Date: October 23, 2012 |
| ) | Judge: Lawrence K. Karlton |
| ) | |
| Defendant. ) | |
| ) | |

    GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for October 16, 2012 be continued to October 23, 2012 at 9:15 a.m.

    The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to October 23, 2012.

IT IS SO ORDERED.

Dated: October 15, 2012

                                                                    _____
                                                                      LAWRENCE K. KARLTON
                                                                      SENIOR JUDGE
                                                                      UNITED STATES DISTRICT COURT