**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95616**
  **Telephone: 530.759.0700**
  **Facsimile: 530.759.0800**

**Attorney for Defendant**
**JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-11-00147 LKK |
| Plaintiff, | ORDER TEMPORARILY MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |
| v. | |
| JOHN LINDER, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition 6, restricting defendant to the Eastern and Northern Districts of California, is modified to permit John Linder to travel to Arizona from December 20, 2012 to December 27, 2012.

Condition 10, which requires defendant to participate in the home confinement program, including electronic monitoring, is modified to permit John Linder to be monitored by GPS ankle bracelet during the period he is traveling, from December 19, 2012 to December 28, 2012.

/ / / / /

/ / / / /

1

Order To Temporarily Modify Conditions of Release

Case no. CR. S-11—00147 LKK

All other conditions of pre-trial release remain in force.

**IT IS SO ORDERED.**

Dated: December 18, 2012

_____
Hon. Lawrence K. Karlton
United States District Court Judge