| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>MICHELLE A. PRINCE<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN FRANCIS LINDER,<br><br>                Defendant. | CASE NO. 2:11-CR-147 LKK<br><br>MOTION TO DISMISS INDICTMENT AND PROPOSED ORDER |

MOTION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing solely Count One of the Indictment against Defendant, in the interests of justice.

Dated: March 11, 2013
                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ S. Robert Tice-Raskin for
                                                          MICHELLE A. PRINCE
                                                          Assistant United States Attorney

1

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MICHELLE A. PRINCE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-147 LKK |
| Plaintiff, | ORDER RE MOTION TO DISMISS INDICTMENT |
| v. | |
| JOHN FRANCIS LINDER, | |
| Defendant. | |

**ORDER**

Count One of the indictment solely is ORDERED dismissed.

DATED: March 11, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT